# EXHIBIT A

**(CONFIDENTIAL EXHIBIT BEING FILED UNDER SEAL)**