UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-MC-23855

MORGAN STANLEY SMITH BARNEY, LLC
and MORGAN STANLEY SMITH BARNEY
FA NOTES HOLDINGS, LLC,

    Plaintiffs,

vs.

CHARLES PETER WALLACE,

    Defendant.
_____/

**DEFENDANT CHARLES PETER WALLACE'S
MOTION TO FILE UNDER SEAL CONFIDENTIAL EXHIBIT IN SUPPORT OF
RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO CONFIRM
ARBITRATION AWARD AND CROSS-MOTION TO VACATE ARBITRATION
<u>AWARD [D.E. 18]</u>**

    Defendant Charles Peter Wallace (Wallace), by and through undersigned counsel, and pursuant to Local Rule 5.4(b), hereby files the foregoing Motion to File Under Seal Confidential Exhibit in Support of Defendant's Response In Opposition to Plaintiffs Morgan Stanley Smith Barney LLC's and Morgan Stanley Smith Barney FA Notes Holdings, LLC's (collectively, "MSSB's") Motion to Confirm Arbitration Award and Cross-Motion to Vacate Arbitration Award [D.E. 18] (the "Motion to Vacate"), and in support thereof, states the following:

    1.    Pursuant to Local Rule 5.4(b), Wallace moves to file under seal an exhibit in support of his Motion to Vacate [D.E. 18], which has been designated as "Confidential" under the "Confidentiality Stipulation" that the parties entered into in the underlying arbitration

WEIL SNYDER SCHWEIKERT & RAVINDRAN, P.A.

Citigroup Center, 201 South Biscayne Blvd.  Suite 850, Miami, FL 33131
T: (305) 372-5352    F: (305) 372-5355

proceedings.[1]

2. Specifically, Wallace's Motion to Vacate references and incorporates as "Exhibit A" a Confidential Memorandum authored by MSSB attorney Cynthia Ferencz, which was circulated to MSSB management and set forth MSSB's basis for the termination of Wallace's employment. MSSB has represented that "Exhibit A" contains information that is both confidential and proprietary in nature.

3. Permitting Wallace to file the exhibit under seal will allow the Court to rule upon the issues raised by Wallace's Motion to Vacate without jeopardizing the confidentiality of the information and confidential material contained in said exhibit. It will also serve the purposes of protecting the respective interests of the parties while facilitating resolution of Wallace's Motion to Vacate. There is thus a reasonable basis to depart from the general policy that court filings be public.

4. On November 27th and November 28th, Wallace conferred with MSSB's counsel by e-mail about filing "Exhibit A" under seal. MSSB's counsel advised that MSSB had no objection to Wallace filing "Exhibit A" under seal notwithstanding the fact that it had not seen a draft of Wallace's Motion to Vacate due to the confidential and proprietary nature of the document and because it is the subject of a confidentiality stipulation between the parties. MSSB further

---

[1] Pursuant to the parties' Confidentiality Stipulation, material designated as "Confidential" may only be disclosed to arbitrators; legal and administrative personnel of the organization administering the arbitration; the parties, counsel of record and in-house counsel for the parties; officers, directors or employees of corporate parties; court reporters before whom proceedings are conducted in this matter; experts or consultants retained by the parties or counsel to assist in preparing for or conducting proceedings in this matter; and any third party or counsel for the third party whom counsel for either party believes in good faith may be a witness at the arbitration.

WEIL SNYDER SCHWEIKERT & RAVINDRAN, P.A.

Citigroup Center, 201 South Biscayne Blvd.  Suite 850, Miami, FL 33131
T: (305) 372-5352    F: (305) 372-5355

reserved its right to object to the relevance of the exhibit as well as the timing of Wallace's filing. S.D. Fla. L.R. 7.1(a)(3).

WHEREFORE, Defendant, Charles Peter Wallace, respectfully requests that the Court grant this Motion and permit Defendant to file under seal "Exhibit A" in support of his Response In Opposition to Plaintiffs MSSB's Motion to Confirm Arbitration Award and Cross-Motion to Vacate Arbitration Award [D.E. 18]. Plaintiff further requests that "Exhibit A" remain under seal for as long as the Court deems necessary.

Respectfully submitted,

**WEIL SNYDER SCHWEIKERT
& RAVINDRAN, P.A.**
201 South Biscayne Boulevard
Citigroup Center, Suite 850
Miami, FL 33131
T: 305.372.5352 / F: 305.372.5355

By: /s/Marguerite C. Snyder
   Marguerite C. Snyder (FBN 079082)
   E-Mail: MSnyder@weillawfirm.net
   Ronald P. Weil (FBN 169966)
   E-Mail: RWeil@weillawfirm.net
   Sec. E-Mail: Service@weillawfirm.net

   *Counsel for Defendant*

WEIL SNYDER SCHWEIKERT & RAVINDRAN, P.A.

Citigroup Center, 201 South Biscayne Blvd. Suite 850, Miami, FL 33131
T: (305) 372-5352   F: (305) 372-5355

CASE NO. 17-MC-23855
Page 4

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filings.

>Tracy L. Gerber and
>Elizabeth E. Moume
>Greenberg Traurig, P.A.
>777 S. Flagler Drive
>Suite 300 East
>West Palm Beach, FL  33401
>GerberT@gtlaw.com
>moume@gtlaw.com
>*Counsel for Morgan Stanley Smith Barney, LLC and Morgan Stanley Smith Barney FA Notes Holding, LLC*

/s/Marguerite C. Snyder
Marguerite C. Snyder

WEIL SNYDER SCHWEIKERT & RAVINDRAN, P.A.

Citigroup Center, 201 South Biscayne Blvd.  Suite 850, Miami, FL 33131
T: (305) 372-5352    F: (305) 372-5355